# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TREVOR DUNCAN

NO. 2020 KW 0581

**AUGUST 17, 2020**

---

In Re: Trevor Duncan, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 605022.

---

**BEFORE: WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

**WRIT DENIED.** To the extent that relator seeks mandamus relief from the district court's failure to rule on his motion to correct an illegal sentence, the claim is moot. The records of the St. Tammany Parish Clerk of Court's Office reflect that the district court denied relator's motion to correct an illegal sentence on March 24, 2020. Futhermore, if relator intends to seek review of the district court's ruling denying his motion to correct an illegal, he should specifically request that relief and include a copy of the district court's ruling, a file-stamped copy of the motion to correct an illegal sentence, the bill of information, the June 12, 2019 guilty plea and sentencing transcript, the habitual offender bill of information, pertinent district court minutes, and any other portion of the district court record that supports the claims raised in the motion to correct an illegal sentence.

**VGW**
**JMG**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT